IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL R. LONERGAN,

    Appellant,

v.

JULIE JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0523

_____/

Opinion filed June 6, 2016.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Daniel R. Lonergan, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, and Kenneth S. Steely, General Counsel,
Florida Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

    DISMISSED. Fla. R. App. P. 9.420(a)(2); see Rivera v. Dep't of Health, 177

So. 3d 1 (Fla. 1st DCA 2015).

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.